# IN THE SUPREME COURT OF IOWA

## No. 22–2091

### Grievance Commission No. 949

### ORDER SUSPENDING LICENSE

IN THE MATTER OF

**BEAU ALVIN BERGMANN,**
    An attorney.

---

ELECTRONICALLY FILED    FEB 10, 2023    CLERK OF SUPREME COURT

    Beau Alvin Bergmann, Mount Pleasant, Iowa, has filed with the Iowa Supreme Court Grievance Commission an affidavit consenting to suspension under the provisions of Iowa Court Rule 34.16(1). The Grievance Commission has filed Bergmann's affidavit and the Iowa Supreme Court Attorney Disciplinary Board's (Board) response to the affidavit with the clerk of court. Accordingly, pursuant to Iowa Court Rule 34.16(3), the court orders that Beau Alvin Bergmann's license to practice law in this state is suspended from the date of the filing of this order for a period of 30 days. *See* Iowa Ct. R. 34.23(1).

    The 30-day suspension of Bergmann's license to practice law begins 10 days from the date of this order. Iowa Ct. R. 34.23(1). The suspension applies to all facets of the practice of law. *Id*. r. 34.23(3). Bergmann must comply with the notification requirements of Iowa Court Rule 34.24. The court taxes the costs of this action to Bergmann in accordance with Iowa Court Rule 36.24(1).

    Upon Bergmann's application for automatic reinstatement pursuant to Iowa Court Rule 34.23(2)(*a*), reinstatement of Bergmann's license to practice law is automatic on the day after the 30-day suspension period expires, unless the Board or the Client Security Commission objects to automatic reinstatement. Iowa Ct. R. 34.23(2).

    The court requests and further orders that this order of suspension, Bergmann's affidavit consenting to suspension, and the Board's response to the affidavit be included

on the Iowa Supreme Court Office of Professional Regulation "Recent Attorney Disability and Disciplinary Orders" page of the Iowa Judicial Branch website. *See* Iowa Ct. R. 34.16(4).

Copies to:
Justices of the Iowa Supreme Court
Judges of the Iowa Court of Appeals
Chief Judges
District Court Administrators
Clerks of Court
The Iowa State Bar Association
State Public Defender

Tara van Brederode
Attorney Disciplinary Board
1111 East Court Ave.
Des Moines, IA 50319

Robert Arnold Howard III
Attorney Disciplinary Board
Judicial Branch Building
1111 E Court Ave.
Des Moines, IA 50319

Jessica Jo Taylor
Office of Professional Regulation
1111 East Court Avenue
Des Moines, IA 50319

Alfredo Parrish
2910 Grand Avenue
Des Moines, IA 50312

Beau Alvin Bergmann (regular and restricted/certified mail)
115 W. Monroe
Mount Pleasant, IA 52641

Beau Alvin Bergman (regular and restricted/certified mail)
210 W. Corry Ct.
Mount Pleasant, IA 52641



State of Iowa Courts

**Case Number**  **Case Title**
22-2091  In the Matter of Beau Alvin Bergmann

So Ordered

_____
Thomas D. Waterman, Justice

Electronically signed on 2023-02-09 20:34:41